1  JOSEPH R. LAMAGNA (State Bar No. 246850)
   **HOOPER, LUNDY & BOOKMAN, P.C.**
2  101 W. Broadway, Suite 1200
   San Diego, California 92101
3  Telephone:  (619) 744-7300
   Facsimile:  (619) 230-0987
4  E-Mail:  jlamagna@hooperlundy.com

5  BENJAMIN Y LIN (State Bar No. 326703)
   **HOOPER, LUNDY & BOOKMAN, P.C.**
6  44 Montgomery Street, Suite 3500
   San Francisco, California 94104
7  Telephone:  (415) 875-8500
   Facsimile:  (310) 362-8937
8  E-Mail:  blin@hooperlundy.com

9  Attorneys for Defendants MOCHI
   HEALTH CORP., MOCHI MEDICAL
10 CA P.C., MOCHI MEDICAL P.A.,
   AEQUITA PHARMACY, LLC,
11 AEQUITA CORPORATION

12 *(Counsel for Plaintiff listed on Signature Page)*

13

14              **UNITED STATES DISTRICT COURT**

15    **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

16

17 ELI LILLY AND COMPANY,            Case No. 3:25-cv-3534-PHK

18              Plaintiff,           **STIPULATION AND [PROPOSED]
                                     ORDER TO EXTEND TIME FOR
19        vs.                        DEFENDANTS TO FILE
                                     RESPONSIVE PLEADING**
20 MOCHI HEALTH CORP., MOCHI
   MEDICAL CA P.C., MOCHI           Magistrate Judge Peter H. Kang
21 MEDICAL P.A., AEQUITA
   PHARMACY, LLC, AEQUITA           Action Filed:      April 23, 2025
22 CORPORATION,

23              Defendants.

24

25

26

27

28

*(sidebar, vertical text)* **HOOPER, LUNDY & BOOKMAN, P.C.** 101 W BROADWAY, SUITE 1200 SAN DIEGO, CALIFORNIA 92101 TEL (619) 744-7300 • FAX (619) 230-0987

1   Plaintiff Eli Lilly and Company ("Plaintiff"), and Defendants Mochi Health

2   Corp., Mochi Medical CA P.C., Mochi Medical P.A., Aequita Pharmacy, LLC, and

3   Aequita Corporation ("Defendants") (collectively, "Parties"), through their counsel

4   of record, stipulate as follows:

5   1.   Plaintiff filed this action against Defendants on April 23, 2025.

6   Defendants were served with the summons and Complaint on April 24, 2025 and

7   April 25, 2025, Dkt. Nos. 27–31.

8   2.   Accordingly, Defendants' current deadlines to file a responsive

9   pleading to the Complaint fall on May 15, 2025 and May 16, 2025.

10   3.   Defendants have communicated to Plaintiff that they anticipate filing a

11   motion to dismiss the Complaint.

12   4.   Subject to Court approval, the Parties mutually agree and stipulate that

13   the motion schedule shall be as follows:

14   a.   Defendants' motion to dismiss shall be due on June 12, 2025.

15   b.   Plaintiff's opposition, if any, shall be due on July 10, 2025.

16   c.   Defendants' reply, if any, shall be due on July 31, 2025.

17   5.   The parties respectfully request that the Court enter the proposed order

18   below.

19   **SO STIPULATED.**

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL. (619) 744-7300 • FAX (619) 230-0987

1

Respectfully submitted,

2    DATED:  May 14, 2025          HOOPER, LUNDY & BOOKMAN, P.C.

3

4

5                                 By:    /s/  Joseph R. LaMagna

6                                        JOSEPH R. LAMAGNA
                                         BENJAMIN Y. LIN
7                                 Attorneys for Defendants MOCHI HEALTH
                                  CORP., MOCHI MEDICAL CA P.C., MOCHI
8                                 MEDICAL P.A., AEQUITA PHARMACY,
                                  LLC, AEQUITA CORPORATION
9

10   DATED:  May 14, 2025          KIRKLAND & ELLIS LLP

11

12

13                                 By:   /s/ Diana M. Watral

14                                       Diana M. Watral (admitted *pro hac vice*)
                                         James F. Hurst (admitted *pro hac vice*)
15                                       Ryan Moorman (admitted *pro hac vice*)
                                         Robin McCue (admitted *pro hac vice*)
16                                       James R.P. Hileman (admitted *pro hac vice*)
                                         KIRKLAND & ELLIS LLP
17                                       333 West Wolf Point Plaza
                                         Chicago, Illinois 60654
18                                       james.hurst@kirkland.com
                                         diana.watral@kirkland.com
19                                       ryan.moorman@kirkland.com
                                         robin.mccue@kirkland.com
20                                       jhileman@kirkland.com

21                                       Joshua L. Simmons (admitted *pro hac vice*)
                                         Jeanna M. Wacker (admitted *pro hac vice*)
22                                       KIRKLAND & ELLIS LLP
                                         601 Lexington Avenue
23                                       New York, New York 10022
                                         joshua.simmons@kirkland.com
24                                       jeanna.wacker@kirkland.com

25                                       Yungmoon Chang (S.B.N. 311673)
                                         KIRKLAND & ELLIS LLP
26                                       2049 Century Park East, Suite 3700
                                         Los Angeles, California 90067
27                                       yungmoon.chang@kirkland.com
                                         Attorneys for Plaintiff
28                                       ELI LILLY AND COMPANY

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL. (619) 744-7300 • FAX (619) 230-0987

**[PROPOSED] ORDER**

PURSUANT TO THIS STIPULATION, IT IS HEREBY ORDERED THAT:

    1.      Defendants' motion to dismiss shall be due on June 12, 2025.

    2.      Plaintiff's opposition, if any, shall be due on July 10, 2025.

    3.      Defendants' reply, if any, shall be due on July 31, 2025.

**IT IS SO ORDERED.**

DATED:  May _____, 2025

_____
Honorable Peter H. Kang
United States Magistrate Judge

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL. (619) 744-7300 • FAX (619) 230-0987

1

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

2      Pursuant to Local Rule 5-1(i)(3), I, Joseph R. LaMagna, attest that all other

3 signatories listed and  on whose behalf the filing is submitted concur in this filing's

4 content and have authorized this filing.

5

6 DATED:  May 14, 2025                    */s/  Joseph R. LaMagna*

7                                         JOSEPH R. LAMAGNA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL. (619) 744-7300 • FAX (619) 230-0987

10170370.2          STIPULATION & [PROPOSED] ORDER TO EXTEND TIME FOR DEFS TO FILE RESPONSIVE PLEADING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL. (619) 744-7300 • FAX (619) 230-0987

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of March 2025, I have electronically filed the foregoing STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel on the CM/ECF list for this case.


_/s/  Joseph R. LaMagna_
JOSEPH R. LAMAGNA

10170370.2