JOSEPH R. LAMAGNA (State Bar No. 246850)
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
E-Mail: jlamagna@hooperlundy.com

ANDREA L. FREY (State Bar No. 311913)
BENJAMIN Y LIN (State Bar No. 326703)
**HOOPER, LUNDY & BOOKMAN, P.C.**
44 Montgomery Street, Suite 3500
San Francisco, California 94104
Telephone: (415) 875-8500
Facsimile: (310) 362-8937
E-Mail: afrey@hooperlundy.com
          blin@hooperlundy.com

RACHAEL PONTIKES
(*pro hac vice*)
**BLANK ROME LLP**
444 W. Lake St., Suite 1650
Chicago, IL 60606
Telephone: (312) 776-2600
Facsimile: (312) 776-2601
E-Mail: rachael,pontikes@blankrome.com

SHANNON E. MCCLURE
(*pro hac vice*)
**BLANK ROME LLP**
One Logan Square
Philadelphia, PA 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
E-Mail: shannon.mcclure@blankrome.com

Attorneys for Defendants MOCHI HEALTH CORP., MOCHI MEDICAL CA P.C., MOCHI MEDICAL P.A., AEQUITA PHARMACY, LLC, AEQUITA CORPORATION

Attorneys for Defendants MOCHI HEALTH CORP., MOCHI MEDICAL CA P.C., AND MOCHI MEDICAL P.A.

Ronald J. Friedman *(Pro Hac Vice)*
Lexie M. Smith (State Bar No. 324022)
**OGDEN MURPHY WALLACE, PLLC**
701 5th Ave, Suite 5600
Seattle, WA 98104
Telephone: (206) 447-7000
Facsimile: (206) 447-0215
E-Mail: rfriedman@omwlaw.com
          lsmith@omwlaw.com

Attorneys for Defendants AEQUITA PHARMACY, LLC AND AEQUITA CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>          Plaintiff,<br><br>     vs.<br><br>MOCHI HEALTH CORP., MOCHI MEDICAL CA P.C., MOCHI MEDICAL P.A., AEQUITA PHARMACY, LLC, AEQUITA CORPORATION,<br><br>          Defendants. | Case No. 3:25-cv-3534-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION**<br><br>*Filed concurrently with Motion for Leave to File Statement of Recent Decision; Declaration of Joseph R. LaMagna; [Proposed[ Statement of Recent Decision;*<br><br>Judge Jacqueline Scott Corley<br><br>Action Filed:    April 23, 2025 |

Having considered Defendants' Motion for Leave to File Statement of Recent Decision ("Motion"), and good cause appearing:

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Statement of Recent Decision filed concurrently with the Motion is deemed to have been filed and served via CM/ECF on the date of this Order.

**IT IS SO ORDERED.**

DATED: September 4, 2025

_____
Hon. Jacqueline Scott Corley
United States District Court Judge