# Exhibit A



**Source URL:** https://web.archive.org/web/20250921020922/https://joinmochi.com/
**Collection Timestamp:** Wed Nov 12 2025 12:19:47 GMT-0600 (Central Standard Time)



# Weight care designed *for you.*

Whether you have commercial insurance or are uninsured, we have your back here at Mochi Health. 95% of our users stay on for another month after signing up.

Get started

**Source URL:** https://web.archive.org/web/20250921020922/https://joinmochi.com/
**Collection Timestamp:** Wed Nov 12 2025 12:19:47 GMT-0600 (Central Standard Time)

95% of our users stay on for another month after signing up.

**Get started**



## Customizable treatment plan

You deserve care that's as unique as you are. Our expert team will develop a custom weight loss plan built around your needs.

## 24/7 patient support

Access care wherever and whenever you need it. Our support team is available to assist you around the clock. Call +1 (619) 648-1247 anytime.

## Video visits on your schedule

With flexible online visit scheduling you'll meet with your physician and dietitian on your time,

**Source URL:** https://web.archive.org/web/20250921020922/https://joinmochi.com/

**Collection Timestamp:** Wed Nov 12 2025 12:19:47 GMT-0600 (Central Standard Time)

Access care wherever and whenever you need it. Our support team is available to assist you around the clock. Call +1 (619) 648-1247 anytime.

schedule

With flexible online visit scheduling you'll meet with your physician and dietitian on your time, from the comfort of home.



A plan that works *for you.*

Do you have private insurance?

| 1 mo | 3 mo | 6 mo | 12 mo |

**Source URL:** https://web.archive.org/web/20250921020922/https://joinmochi.com/
**Collection Timestamp:** Wed Nov 12 2025 12:19:47 GMT-0600 (Central Standard Time)

Do you have private insurance?

Do you have private insurance?

Yes       No       I'm not sure

| 1 mo | 3 mo | 6 mo | 12 mo |
|------|------|------|-------|

## Wellness Plus Membership

**$49**/mo + medication

Available with a qualifying insurance plan

**See if you're eligible**

✦ Virtual visits with a physician & dietitian
✦ Ongoing care and monitoring
✦ Prescription if medically necessary
✦ 24/7 support and care team messaging
✦ Advanced nutrition therapy
✦ In-depth health services
✦ Mental health support
✦ Renews every year

### Medication Options

1-month supply

| | |
|---|---|
| ● Compounded GLP-1 | + $99 |
| ● Compounded GLP-1/GIP | + $199 |

**Source URL:** https://web.archive.org/web/20250921020922/https://joinmochi.com/

**Collection Timestamp:** Wed Nov 12 2025 12:19:47 GMT-0600 (Central Standard Time)



1-month supply

- Compounded GLP-1                                    + $99
- Compounded GLP-1/GIP                                + $199

Branded-name GLP-1                                    + Rx co-pay*

Do you have private insurance?

Yes    No    I'm not sure

**See if you're eligible**

*Our prior authorizations team will help you apply for medication coverage.

# Your body is *unique.*

Your healthcare should be, too.

**Get started**

**Source URL:** https://web.archive.org/web/20250921020922/https://joinmochi.com/

**Collection Timestamp:** Wed Nov 12 2025 12:19:47 GMT-0600 (Central Standard Time)

Get started

## Here's how it works...

### Sign up

Take a short quiz to find out instantly if you're pre-approved for the program and select your membership plan.

### Meet your provider

Schedule your first video visit with an obesity medicine provider and registered dietitian. They'll build a custom treatment plan around your unique needs.

**Source URL:** https://web.archive.org/web/20250921020922/https://joinmochi.com/

**Collection Timestamp:** Wed Nov 12 2025 12:19:47 GMT-0600 (Central Standard Time)

registered dietitian. They'll build a custom treatment plan around your unique needs.

### 3 Get medication

If medication is part of your plan, we've got you covered. You can order affordable medications from our vetted compounding pharmacies or brand-name prescriptions for pickup at your nearest pharmacy. We'll even help you apply for insurance coverage.

### 4 Achieve your goals

You'll have access to regular check-ins with your provider and registered dietitian to fine-tune your treatment plan and ensure you're making progress towards your goals.

# You deserve doctors who *listen.*

Our network of board-certified obesity medicine providers

**Source URL:** https://web.archive.org/web/20250921020922/https://joinmochi.com/

**Collection Timestamp:** Wed Nov 12 2025 12:19:47 GMT-0600 (Central Standard Time)

# You deserve doctors who *listen.*

Our network of board-certified obesity medicine providers and registered dietitians are ready to work with you to build a plan that fits your goals.

   

 **Dr. Katrina Herring, MD**

Board certified in Family Medicine

 **Dr. Misha Syed, MD**

Board certified in Family Medicine

**Dr. Tom Bledsoe, MD, MPH, FACP**

Board certified in Internal Medicine

 **Dr. Yvonne Robinson-Hawkins, MD**

Board certified in Family Medicine

**Source URL:** https://web.archive.org/web/20250921020922/https://joinmochi.com/

**Collection Timestamp:** Wed Nov 12 2025 12:19:47 GMT-0600 (Central Standard Time)

**Dr. Katrina Herring, MD**

Board certified in Family Medicine

**Dr. Misha Syed, MD**

Board certified in Family Medicine

**Dr. Tom Bledsoe, MD, MPH, FACP**

Board certified in Internal Medicine

**Dr. Yvonne Robinson-Hawkins, MD**

Board certified in Family Medicine

# Join a *community* of 100,000+ patients.

**Source URL:** https://web.archive.org/web/20250921020922/https://joinmochi.com/

**Collection Timestamp:** Wed Nov 12 2025 12:19:47 GMT-0600 (Central Standard Time)



**Am I eligible?**

# Hear from our experts.    ← →

**Source URL:** https://web.archive.org/web/20250921020922/https://joinmochi.com/

**Collection Timestamp:** Wed Nov 12 2025 12:19:47 GMT-0600 (Central Standard Time)

# Hear from our experts.

← →



## Wellness Plus: Extra Mochi Benefits, Covered By Insurance

 Sydney Wexler, RDN ↗



## Does Mochi Health Accept Insurance? Breakdown of Costs and Coverage

 Sydney Wexler, RDN ↗



## Our Continued Commitment To Affordable Obesity Care

 Mochi Health Team ↗

**Source URL:** https://web.archive.org/web/20250921020922/https://joinmochi.com/
**Collection Timestamp:** Wed Nov 12 2025 12:19:47 GMT-0600 (Central Standard Time)

# Mochi, a bite sized dessert, signifies the *small moments of joy in life.*

Small wins add up to big transformations. Mochi is a reminder to center ourselves around what is good, using that as fuel to build the life we envision.

**Am I eligible?**

**Source URL:** https://web.archive.org/web/20250921020922/https://joinmochi.com/
**Collection Timestamp:** Wed Nov 12 2025 12:19:47 GMT-0600 (Central Standard Time)



**Learn**

Home

Pediatrics

About

Medications

Blogs

Refunds

FAQ

Pharmacy

**Join**

Careers

Facebook

Instagram

Twitter

Tiktok

Brand Ambassadors

**Connect**

Phone +1 (619) 648-1247

Fax (888) 354-0043

press@joinmochi.com

**Legal**

Privacy Policy

Terms & Conditions

Am I eligible?

Sign In

**Source URL:** https://web.archive.org/web/20250921020922/https://joinmochi.com/

**Collection Timestamp:** Wed Nov 12 2025 12:19:47 GMT-0600 (Central Standard Time)



Pharmacy

© 2025 Mochi Health

Chat

**Source URL:** https://web.archive.org/web/20250921020922/https://joinmochi.com/

**Collection Timestamp:** Wed Nov 12 2025 12:19:47 GMT-0600 (Central Standard Time)

Case 3:25-cv-03534-JSC    Document 99-1    Filed 11/14/25    Page 17 of 38



Medications    Reviews    About us    Pediatrics    Pharmacy

Sign in    Am I eligible?

# *A healthier you,* made simple and affordable.

Our Mochi doctors prescribe the most effective and appropriate medication for our patients. We provide all options from GLP-1's to generic medication. Read over what medications we prescribe below!

# Treatments

Weight loss      Anti-aging & wellness      Skin & hair      Hormonal      Mental health      Nausea



## Compounded Medication

Compounded medications are custom-prepared to meet an individual patient's specific needs. For example, they may include a specific dosage strength not available commercially or additional active ingredients clinically indicated for the patient. These medications are created by licensed pharmacies, based on a valid prescription from a licensed provider. While they are not FDA-approved (meaning they haven't gone through the FDA drug approval process), they are still regulated at the state and/or federal level, and must meet important safety and quality standards.
see less

A Mochi provider may prescribe a compounded medication if they determine that such medication is an appropriate part of your course of treatment.

Side Effects

Side effects depend on the medication prescribed and individual tolerance. Common side effects of compounded GLP-1 medication include nausea, vomiting, and diarrhea, and they typically subside within a few weeks of initiation or dose increase. Your provider will help you monitor and manage side effects.

Avoid when

History of thyroid C-cell tumors; pregnant; breastfeeding; trying to conceive; history of anorexia/bulimia. Other contraindications may be present – providers will review health history to determine whether a prescription is appropriate.

## Apo-Naltrexone® / ReVia®
Active ingredient: Naltrexone

Case 3:25-cv-03534-JSC    Document 99-1    Filed 11/14/25    Page 18 of 38



mochi
HEALTH

Medications     Reviews     About us     Pediatrics     Pharmacy          Sign in     Am I eligible?

Naltrexone is a mu-receptor antagonist. This inhibits the effects on the hypothalamic-pituitary-

it has long been prescribed for weight loss. It is a component in the combination pill, Contrave®.

Side Effects

Avoid when

## Low Dose Naltrexone



Low Dose Naltrexone is used to help manage certain conditions by modulating the immune system and reducing inflammation. It may also assist in improving overall well-being and may support weight management efforts.

Compounded drugs are not reviewed by the FDA for safety, effectiveness, or quality. Speak to your provider to learn if they're right for you.

Side Effects

Avoid when

## Metformin
### Generic for Glucophage®



Metformin is a medication that helps manage blood sugar levels in individuals with type 2 diabetes. It works by improving the body's response to insulin and reducing the amount of sugar produced by the liver. Additionally, it may assist in weight management for some patients.

Side Effects

Avoid when

## Mounjaro® / Zepbound®
### Active ingredient: Tirzepatide

Both GLP-1 and GIP receptors work to decrease the rate your stomach empties-keeping you full for longer! They also work to decrease your appetite and cravings. The SURMOUNT-1 trial showed expected weight loss of 22.5%. Additional trials have shown this medication is twice as effective as...

Tirzepatide is the newest form of weight loss medication. It was recently approved for Type 2 diabetes, and works through both the GLP-1 receptor and GIP receptors.

Case 3:25-cv-03534-JSC    Document 99-1    Filed 11/14/25    Page 19 of 38





Medications    Reviews    About us    Pediatrics    Pharmacy    Sign in    Am I eligible?

## Rybelsus®

Active ingredient: Semaglutide

GLP-1 works to increase insulin levels by activating cells in the pancreas. It also triggers hormone release to delay the emptying of the stomach, sometimes causing nausea. When used alongside robust lifestyle management (200 min exercise/week, nutri-system diet, bimonthly nutritionist...

see more

Semaglutide is a GLP-1 agonist created for Type 2 Diabetes and FDA-approved in 2019. It was approved for the indication of weight loss as Wegovy® in June 2021.

Side Effects

Avoid when

## Saxenda® / Victoza®

Active ingredient: Liraglutide



By activating GLP-1 receptors, this medication works to slow the rate at which your stomach empties, and to send signals to your brain to decrease appetite. The SCALE Trial showed patients can lose 6.2% over 52 weeks (CI 7.5 to 4.6%). (Rubino et al., 2022)

Liraglutide is a GLP-1 agonist medication, very similar to Semaglutide. It was initially developed as a medication for Type 2 Diabetes, but found to also help patients with weight loss.

Side Effects

Avoid when

## Topamax® / Qudexy® / Trokendi XR®

Active ingredient: Topiramate

Topiramate alters a variety of GABA and Glutamate channels in the brain to suppress cravings and appetite. Topiramate has independently shown results in meta-analysis of 5.34kg weight loss (95% CI 4.56my-10 lg:-6.12kg). In conjunction with Phentermine, the CONQUER and SEQUEL Trials...

see more

Topiramate, a medication originally created to treat epilepsy, was approved by the FDA in 1998. It is used off-label for weight loss, often in conjunction with Phentermine. It can be used short- or long-term for weight loss safely.

Side Effects

Case 3:25-cv-03534-JSC    Document 99-1    Filed 11/14/25    Page 20 of 38



Medications    Reviews    About us    Pediatrics    Pharmacy

Sign in          Am I eligible?



# Topiramate

Generic for Topamax®

Topiramate is a medication that helps with weight management by reducing appetite and promoting a feeling of fullness. It may also assist in managing certain conditions related to weight gain.

Side Effects

Avoid when



# Trulicity®

Active ingredient: Dulaglutide

Dulaglutide is a once-weekly GLP-1 receptor agonist that helps your body release insulin when blood sugar is high, lowers glucagon, and slows stomach emptying. In the REWIND trial, dulaglutide reduced the risk of major cardiovascular events by 12% compared with placebo over a median of 5....

Dulaglutide is a GLP-1 receptor agonist that was developed to improve blood sugar control in type 2 diabetes, with additional benefit in reducing cardiovascular risk. It was FDA-approved in 2014 for the treatment of type 2 diabetes.

Side Effects

Avoid when



# Wegovy® / Ozempic®

Active ingredient: Semaglutide

GLP-1 works to increase insulin levels by activating cells in the pancreas. It also triggers hormone release to delay the emptying of the stomach, sometimes causing nausea. When used alongside robust lifestyle management (200 min exercise/week, nutri-system diet, bimonthly nutritionist...

see more

Semaglutide is a GLP-1 agonist created for Type 2 Diabetes and FDA-approved in 2019. It was approved for the indication of weight loss as Wegovy® in June 2021.

Side Effects

Avoid when

Case 3:25-cv-03534-JSC    Document 99-1    Filed 11/14/25    Page 21 of 38



**mochi**
HEALTH

Medications     Reviews     About us     Pediatrics     Pharmacy

Sign in     Am I eligible?

Active ingredient: Orlistat

Orlistat works directly as a lipase inhibitor. By blocking the breakdown of fats in the intestines, fats cannot be absorbed and are excreted in stool. Orlistat is associated with a modest reduction in weight: meta-analysis including 11 randomized control trials using 120mg of orlistat 3 times per day...

Orlistat is a pancreatic lipase inhibitor that was created to block intestinal absorption of fat. It was created for the indication of weight loss, and FDA approved in 1999.

Side Effects

Avoid when



## Zyban® / Contrave® / Aplenzin XR®

Active ingredient: Bupropion

Bupropion works by inhibiting neurotransmitter reuptake of norepinephrine and dopamine. By holding higher concentrations of these in the brain, neurons increase signaling and alter hunger and mood. Bupropion has been studied extensively, both independently and in conjunction with...

see more

Bupropion was initially approved as a medication for anxiety and depression. It is also used as a smoking cessation aid, as it reduces cravings and alters mood. It is prescribed off-label either alone or with naltrexone for weight loss, and also as a combo pill (Contrave®).

Side Effects

Avoid when

 

## Personalized care designed *for you.*

**Learn**
Home
Pediatrics
About us
Medications
Pharmacy
Reviews
Microdose

**Connect**
Phone +1 (619) 648-1247
press@joinmochi.com
Careers
Brand ambassadors

**Resources**
Blogs
FAQ

**Legal**
Refunds
Privacy policy
Terms & conditions
Pharmacy software terms of use

Sign in     Am I eligible?



Case 3:25-cv-03534-JSC    Document 99-1    Filed 11/14/25    Page 22 of 38



Mochi Home Page (September 21, 2025)
https://web.archive.org/web/20250921020922/https://joinmochi.com/.

# Customizable treatment plan

You deserve care that's as unique as you are. Our expert team will develop a custom weight loss plan built around your needs.

Mochi Home Page (September 21, 2025):
https://web.archive.org/web/20250921020922/https://joinmochi.com/

# Work with your hormones, *not against them.*

Customized obesity medicine with doctors who care.

Facebook Ad (April 7, 2025):



Facebook Advertisement (April 7, 2025):



https://joinmochi.com/medications (Last Visited Nov 12, 2025)

## Compounded Medication

Compounded medications are custom-prepared to meet an individual patient's specific needs. For example, they may include a specific dosage strength not available commercially or additional active ingredients clinically indicated for the patient. These medications are created by licensed pharmacies, based on a valid prescription from a licensed provider. While they are not FDA-approved (meaning they haven't gone through the FDA drug approval process), they are still regulated at the state and/or federal level, and must meet important safety and quality standards.

see less

Facebook Advertisement (April 7, 2025):



Google Advertisement:
https://adstransparency.google.com/advertiser/AR06564731446055927809?region=US



# Instagram













**joinmochi** • Follow

**joinmochi** 2w
Affordable, reliable weight loss care—compounded meds, expert support, and no surprise costs.

## No comments yet.

Start the conversation.

4 likes

October 30

Add a comment...

More posts from **joinmochi**







Messages

# Instagram



Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Meta AI

Meta AI Articles   Threads   Contact Uploading & Non-Users   Meta Verified

English ∨     © 2025 Instagram from Meta



Case 3:25-cv-03534-JSC    Document 99-1    Filed 11/14/25    Page 32 of 38



Medications    Reviews    About us    Pediatrics    Pharmacy    Sign in    Am I eligible?

**Ready to transform** *your health*?

Unlock access to expert guidance and a weight care plan crafted just for you.

Get started

## Similar Articles



Wegovy® vs Ozempic® for Weight Loss



What the FDA's Guidance on Compounded GLP-1 Medications Means for You



Our Continued Commitment To Affordable Obesity Care

Medications    Updated on   Mar 18, 2025



# Tirzepatide For Weight Loss: Dosage, Pricing & More

Find everything you need to know about the medication Tirzepatide and how it works for weight loss. Mochi Health is your resource for medical weight loss medications and information.

Dr. Eva Shelton, MD

Hannah Wolf

Sydney Wexler, RDN

## Table of Contents

- What is Tirzepatide?
- Does Tirzepatide Work For Weight Loss?
- How Long Does It Take To See Weight Loss On Tirzepatide?
- Is Tirzepatide the Same as Mounjaro®?
- Is Tirzepatide the Same as Ozempic®?
- Is Tirzepatide Safe For Weight Loss?
- What is the Dosage Schedule for Tirzepatide For Weight Loss?
- How Much Does Tirzepatide Cost?
- How to Get Tirzepatide For Weight Loss Online

## What is Tirzepatide?

Tirzepatide has emerged as a promising treatment for weight management and type 2 diabetes, demonstrating noteworthy advantages in clinical trials. It was initially released in the US market in the summer of 2022. While the initial studies were done for its use in type II diabetes, recent research has shown that it is also beneficial for weight loss.

Tirzepatide operates as a dual agonist for GIP (Glucose-Dependent Insulinotropic Polypeptide) and GLP-1 (Glucagon-Like Peptide-1) receptors, presenting a novel mechanism for addressing these conditions (1). The medication can decrease insulin resistance and regulate blood sugar levels, driving down hemoglobin A1c (a marker for blood sugar). Additionally, the medication's dual effects work to suppress appetite and increase feelings of satiety. It helps patients feel fuller for longer, even when eating less food (1).

## Does Tirzepatide Work For Weight Loss?

One major trial in adults with obesity demonstrated that over half of the participants lost over 20% of body weight was achieved while on the highest dose (15mg weekly) of tirzepatide (2). Compared to only 3% weight loss among participants in the placebo group, tirzepatide has made waves in the medical community for its effectiveness.

## How Long Does It Take To See Weight Loss On Tirzepatide?

Many patients lose 5 to 6% of their weight in their first few weeks on Tirzepatide. Some patients notice up to 20% of their weight loss on



Medications    Reviews    About us    Pediatrics    Pharmacy                    Sign in    Am I eligible?

## Is Tirzepatide the Same as Mounjaro®?

**Tirzepatide** is the primary active ingredient in medications marketed under the brand names Mounjaro and Zepbound®. While Mounjaro® is FDA-approved for type 2 diabetes and Zepbound® for obesity, these brand-name prescription medications both use tirzepatide. They are used for managing type 2 diabetes and assisting with weight loss.

## Is Tirzepatide the Same as Ozempic®?

While these medications are similar, they have some key differences. Tirzepatide is an injectable medication that is a dual agonist of the GLP-1 – GIP receptors. It acts on both pathways to suppress appetite and improve insulin resistance.

Ozempic is the brand-name medication for the active ingredient semaglutide, which primarily acts at the GLP-1 receptor alone. This medication is also effective for weight loss and can be useful for type II diabetics and insulin resistance (3).

Tirzepatide promotes a higher level of weight loss but also typically results in slightly more severe side effects. Read more here for a detailed comparison between Tirzepatide and Semaglutide.

## Is Tirzepatide Safe For Weight Loss?

Tirzepatide is a safe medication that has been approved by the FDA (1). Both the SURMOUNT and The SURPASS clinical trials examined the effects of Tirzepatide in thousands of patients, demonstrating its safety and clinically significant benefits (2, 4). The most commonly reported side effects are gastrointestinal issues, including nausea, vomiting, diarrhea, and stomach upset. While it's very uncommon, rare cases of pancreatitis, acute kidney injury, gallbladder disease, and hypersensitivity reactions have been reported. It's important to talk with your provider about whether Tirzepatide is right for you.

### Can you take Tirzepatide with metformin?

Metformin and Tirzepatide can be taken together. Both of these medications work well for type II diabetics and pre-diabetic patients at controlling insulin resistance. Metformin is a medication primarily prescribed to improve insulin resistance (5).

### Can you drink alcohol while on Tirzepatide?

Drinking small quantities of alcohol in moderation is safe. Heavy alcohol consumption while on Tirzepatide is not recommended as it can increase the risk of pancreatitis. This medication can also delay the rate at which your stomach empties, thus altering your metabolism of alcohol.

## What is the Dosage Schedule for Tirzepatide For Weight Loss?

For Zepbound®, which is the medication formulated with tirzepatide that has been FDA-approved for weight loss, the initial dosage is 2.5mg per week for the first four weeks, followed by escalation to 5mg once weekly for another four weeks. The dose continues to increase by 2.5mg increments every four weeks, up to a maximum of 15mg per week, so long as the user can tolerate it (6).

As mentioned, the most common side effects of tirzepatide are nausea, vomiting, diarrhea, constipation, and upset stomach. For users that experience these side effects, your provider may suggest spacing out dose escalations even further (for example, increasing your dose every 6-8 weeks instead of every 4 weeks). For those particularly sensitive to the medication, your provider may suggest an approach that prioritizes using the lowest effective dose for achieving the targeted weight loss instead of increasing to the 15mg weekly dose.

### Where to Inject Tirzepatide

Case 3:25-cv-03534-JSC   Document 99-1   Filed 11/14/25   Page 34 of 38



Medications   Reviews   About us   Pediatrics   Pharmacy

Sign in   Am I eligible?

# How Much Does Tirzepatide Cost?

## How Much Does Tirzepatide Cost With Insurance?

It's hard to know if tirzepatide will be covered by your health insurance. Most patients who have type II diabetes or prediabetes will get coverage from their health insurance plans. Patients with health insurance may be eligible for the manufacturer's coupon, which can bring the cost down to just $25 per month.

## How Much Does Tirzepatide Cost Without Insurance?

If you do not have any form of health insurance, tirzepatide can be very expensive, costing upwards of $1000 per month.

## What Is The Most Affordable Way To Get Tirzepatide For Weight Loss?

Compounding pharmacies can offer much more accessible alternatives to brand-name medications that are customized to the medical needs of the patient. Mochi Health partners with vetted compounding pharmacies to offer safe and effective compounded tirzepatide at an affordable monthly price.

# How to Get Tirzepatide For Weight Loss Online

If you're considering GLP-1 medications for weight loss, it's important to start your treatment with the guidance of a knowledgeable care team you can trust. Mochi Health offers expert support with our comprehensive weight care program. Our board-certified obesity medicine providers will provide personalized weight management guidance and prescribe weight loss medications as part of your tailored weight loss strategy. Get access to 1-on-1 visits with board-certified obesity medicine providers, nutrition coaching, and affordable prescriptions delivered to your door. Get started today and unlock the path to lasting results!

*This post was written by our team of health writers for informational purposes only and does not constitute medical advice. Always consult your doctor or healthcare provider for personalized guidance regarding your health. Ozempic®, Wegovy®, Mounjaro®, and Zepbound® and their delivery device are registered trademarks. Mochi Health is a telehealth clinic that offers prescriptions for these products by medical necessity only as determined by a licensed health provider.*

**Sources**

1. MOUNJARO**TM** (Tirzepatide) Injection, for Subcutaneous Use." *Access Data FDA*, Food and Drug Administration, https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/215866s000lbl.pdf. Accessed 06 May 2024.
2. Jastreboff AM, Aronne LJ, Ahmad NN, Wharton S, Connery L, Alves B, Kiyosue A, Zhang S, Liu B, Bunck MC, Stefanski A; SURMOUNT-1 Investigators. Tirzepatide Once Weekly for the Treatment of Obesity. N Engl J Med. 2022 Jul 21;387(3):205-216. doi: 10.1056/NEJMoa2206038. Epub 2022 Jun 4. PMID: 35658024.
3. Frías JP, Davies MJ, Rosenstock J, et al. Tirzepatide versus semaglutide once weekly in patients with type 2 diabetes. *N Engl J Med* 2021;385:503-515.
4. Rosenstock J, Wysham C, Frías JP, et al. Efficacy and safety of a novel dual GIP and GLP-1 receptor agonist tirzepatide in patients with type 2 diabetes (SURPASS-1): a double-blind, randomised, phase 3 trial. *Lancet* 2021;398:143-155.
5. Ludvik B, Giorgino F, Jódar E, et al. Once-weekly tirzepatide versus once-daily insulin degludec as add-on to metformin with or without SGLT2 inhibitors in patients with type 2 diabetes (SURPASS-3): a randomised, open-label, parallel-group, phase 3 trial. *Lancet* 2021;398:583-598.
6. Zepbound® (tirzepatide) injection. United States prescribing information. Revised November 2023. US Food and Drug Administration. https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/217806s000lbl.pdf (Accessed on November 18, 2023).
7. Del Prato S, Kahn SE, Pavo I, et al. Tirzepatide versus insulin glargine in type 2 diabetes and increased cardiovascular risk (SURPASS-4): a randomised, open-label, parallel-group, multicentre, phase 3 trial. *Lancet* 2021;398:1811-1824.
8. Dahl D, Onishi Y, Norwood P, et al. Effect of Subcutaneous tirzepatide vs placebo added to titrated insulin glargine on glycemic control in patients with type 2 diabetes: the SURPASS-5 randomized clinical trial. *JAMA* 2022;327:534-545.
9. Rosenstock, J., Wysham, C., Frías, J. P., Kaneko, S., Lee, C. J., Fernández Landó, L., Mao, H., Cui, X., Karanikas, C. A., & Thieu, V. T. (2021). Efficacy and safety of a novel dual GIP and GLP-1 receptor agonist tirzepatide in patients with type 2 diabetes (SURPASS-1): a double-blind, randomised, phase 3 trial. *Lancet (London, England)*, 398(10295), 143-155.
10. Willard, F. S., Douros, J. D., Gabe, M. B., Showalter, A. D., Wainscott, D. B., Suter, T. M., Capozzi, M. E., van der Velden, W. J., Stutsman, C., Cardona, G. R., Urva, S., Emmerson, P. J., Holst, J. J., D'Alessio, D. A., Coghlan, M. P., Rosenkilde, M. M., Campbell, J. E., & Sloop, K. W. (2020). Tirzepatide is an imbalanced and biased dual GIP and GLP-1 receptor agonist. *JCI insight*, 5(17), e140532.



**How to Avoid Gaining Weight After Stopping GLP-1s?**

Shanmu Raja

**Mochi Health BBB Reviews: How We Listen and Respond**

Shanmu Raja

**Mochi Health vs Hims: Weight Loss Programs Compared**

Shanmu Raja

**Mochi Health v Compared**

Shanmu R

READ NOW →          READ NOW →          READ NOW →          READ NOW →

## Ready to transform *your health?*

Unlock access to expert guidance and a weight care plan crafted just for you.

Get started



**Learn**
Home
Pediatrics
About us
Medications
Pharmacy
Reviews
Microdose

**Connect**
Phone +1 (619) 648-1247
press@joinmochi.com
Careers
Brand ambassadors

**Resources**
Blogs
FAQ

**Legal**
Refunds
Privacy policy
Terms & conditions
Pharmacy software terms of use

Sign in          Am I eligible?

© 2025 Mochi Health

All professional medical services are provided by licensed physicians and clinicians affiliated with independently owned and operated professional practices. Mochi Health Corp. provides administrative and technology services to affiliated medical practices it supports, and does not provide any professional medical services itself.

Google Advertisement:
https://adstransparency.google.com/advertiser/AR06564731446055927809/creative/CR0936958
8786788302849?region=US



Google Advertisement:
https://adstransparency.google.com/advertiser/AR06564731446055927809/creative/CR1164674
4850438553601?region=US

Sponsored

 Mochi Health
www.joinmochi.com/

## Mochi Health - Weight Loss Prescriptions

Take our eligibility quiz, connect with a provider and create a plan that's right for you. Talk to board-certified obesity medicine doctors...

## Compounded Tirzepatide

Personalized weekly injections. Safe, effective weight loss care!

## Medications We Offer

## Mochi Health Reviews

## Check Your Eligibility

▼      View 4 prices from $49.00/mo

Google Search Engine Optimization:
https://www.google.com/search?q=mounjaro
https://www.google.com/search?q=zepbound

