JOSEPH R. LAMAGNA (State Bar No. 246850)
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
E-Mail: jlamagna@hooperlundy.com

BENJAMIN Y. LIN (State Bar No. 326703)
ANDREA L. FREY (State Bar No. 311913)
**HOOPER, LUNDY & BOOKMAN, P.C.**
44 Montgomery Street, Suite 3500
San Francisco, California 94104
Telephone: (415) 875-8500
Facsimile: (310) 362-8937
E-Mail: afrey@hooperlundy.com
         blin@hooperlundy.com

Attorneys for Defendants MOCHI HEALTH CORP., MOCHI MEDICAL CA P.C., MOCHI MEDICAL P.A., AEQUITA PHARMACY, LLC, AEQUITA CORPORATION

Ronald J. Friedman
(*pro hac vice*)
Lexie M. Smith (State Bar No. 324022)
**OGDEN MURPHY WALLACE, PLLC**
701 5th Avenue, Suite 5600
Seattle, Washington 98104
Telephone: (206) 447-7000
Facsimile: (206) 447-0215
E-Mail: rfriedman@omwlaw.com
         lsmith@omwlaw.com

Attorneys for Defendants AEQUITA PHARMACY, LLC AND AEQUITA CORP.

RACHAEL PONTIKES
(*pro hac vice*)
**BLANK ROME LLP**
444 W. Lake Street, Suite 1650
Chicago, Illinois 60606
Telephone: (312) 776-2600
Facsimile: (312) 776-2601
E-Mail: rachael.pontikes@blankrome.com

SHANNON E. MCCLURE
(*pro hac vice*)
**BLANK ROME LLP**
One Logan Square
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
E-Mail: shannon.mcclure@blankrome.com

Attorneys for Defendants MOCHI HEALTH CORP., MOCHI MEDICAL CA P.C., AND MOCHI MEDICAL P.A.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>MOCHI HEALTH CORP., MOCHI MEDICAL CA P.C., MOCHI MEDICAL P.A., AEQUITA PHARMACY, LLC, AEQUITA CORPORATION,<br><br>    Defendants. | Case No. 3:25-cv-03534-JSC<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION**<br><br>Judge Jacqueline Scott Corley<br><br>Action Filed:   April 23, 2025 |

1

Case No. 3:25-cv-03534-JSC

DEFENDANTS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

10372289.1

Pursuant to Local Civil Rule 7-3(d)(2), Defendants Mochi Health Corp., Mochi Medical CA P.A., Aequita Pharmacy, LLC, and Aequita Corp. (collectively, "Defendants") submit this Statement of Recent Decision to advise this Court that on February 3, 2026, the Honorable Andre Birotte Jr. of the U.S. District Court for the Central District of California issued an Order in *Eli Lilly & Co. v. Willow Health Servs., Inc.*, No. 2:25-cv-03570-AB-MAR, ECF No. 71 (C.D. Cal. Feb. 3, 2026), enclosed as **Exhibit A**, granting defendant Willow Health's motion to dismiss Eli Lilly and Company's First Amended Complaint with prejudice for failure to establish standing.

DATED: February 10, 2026            HOOPER, LUNDY & BOOKMAN, P.C.


By:     */s/  Joseph R. LaMagna*
              JOSEPH R. LAMAGNA
              ANDREA L. FREY
              BENJAMIN Y. LIN

Attorneys for Defendants

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

10372289.1

2                               Case No. 3:25-cv-03534-JSC
DEFENDANTS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of February 2026, I have electronically filed the foregoing DEFENDANTS' STATEMENT OF RECENT DECISION with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel on the CM/ECF list for this case.

*/s/ Joseph R. LaMagna*
JOSEPH R. LAMAGNA

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

10372289.1

3                                          Case No. 3:25-cv-03534-JSC
DEFENDANTS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY