JOSEPH R. LAMAGNA (SBN 246850)
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 744-7300
Facsimile:  (619) 230-0987
E-Mail:  jlamagna@hooperlundy.com

BENJAMIN Y. LIN (SBN 326703)
ANDREA L. FREY (SBN 311913)
**HOOPER, LUNDY & BOOKMAN, P.C.**
44 Montgomery Street, Suite 3500
San Francisco, California 94104
Telephone: (415) 875-8500
Facsimile:  (310) 362-8937
E-Mail:  afrey@hooperlundy.com
       blin@hooperlundy.com

Attorneys for Defendants MOCHI HEALTH
CORP., MOCHI MEDICAL CA P.C.,
MOCHI MEDICAL P.A., AEQUITA
PHARMACY, LLC, AEQUITA
CORPORATION

RONALD J. FRIEDMAN
(*pro hac vice*)
Lexie M. Smith (SBN 324022)
**OGDEN MURPHY WALLACE, PLLC**
701 5th Avenue, Suite 5600
Seattle, Washington 98104
Telephone: (206) 447-7000
Facsimile:  (206) 447-0215
E-Mail:  rfriedman@omwlaw.com
       lsmith@omwlaw.com

Attorneys for Defendants AEQUITA
PHARMACY, LLC AND AEQUITA CORP.

RACHAEL PONTIKES
(*pro hac vice*)
**BLANK ROME LLP**
444 W. Lake Street, Suite 1650
Chicago, Illinois 60606
Telephone: (312) 776-2600
Facsimile:  (312) 776-2601
E-Mail: rachael.pontikes@blankrome.com

SHANNON E. MCCLURE
(*pro hac vice*)
**BLANK ROME LLP**
One Logan Square
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile:  (215) 569-5555
E-Mail: shannon.mcclure@blankrome.com

Attorneys for Defendants MOCHI HEALTH
CORP., MOCHI MEDICAL CA P.C., AND
MOCHI MEDICAL P.A.

**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, | Case No. 3:25-cv-03534-JSC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PARTIAL MOTION TO DISMISS THE THIRD CAUSE OF ACTION OF THE SECOND AMENDED COMPLAINT** |
| vs. | |
| MOCHI HEALTH CORP., MOCHI MEDICAL CA P.C., MOCHI MEDICAL P.A., AEQUITA PHARMACY, LLC, AEQUITA CORPORATION, | [*Filed concurrently with Partial Motion to Dismiss*] |
| Defendants. | Judge Jacqueline Scott Corley |
| | Action Filed:     April 23, 2025 |

[PROPOSED] ORDER GRANTING PARTIAL MOTION TO DISMISS THE THIRD CAUSE OF ACTION OF THE
SECOND AMENDED COMPLAINT

10442779.1

Having considered Defendants' Partial Motion to Dismiss the Third Cause of Action of the Second Amended Complaint's ("Motion"), and good cause appearing:

IT IS HEREBY ORDERED that the Motion is GRANTED and:

1)    The Third Cause of Action insofar as it is predicated on alleged false advertising is dismissed with prejudice as to Mochi Health Corp., Mochi Medical CA, P.C., and Mochi Medical, P.A.;

2)    The Third Cause of Action in its entirety is dismissed with prejudice as to Aequita Pharmacy LLC and Aequita Corporation.

**IT IS SO ORDERED.**

DATED:    _____

_____
Hon. Jacqueline Scott Corley
United States District Court Judge

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

10442779.1

2                                         Case No. 3:25-cv-03534-JSC

[PROPOSED] ORDER GRANTING PARTIAL MOTION TO DISMISS THE THIRD CAUSE OF ACTION OF THE SECOND AMENDED COMPLAINT

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June 2026, I have electronically filed the foregoing [PROPOSED] ORDER GRANTING DEFENDANTS' PARTIAL MOTION TO DISMISS SECOND AMENDED COMPLAINT'S THIRD CAUSE OF ACTION with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel on the CM/ECF list for this case.

*/s/ Joseph R. LaMagna*
JOSEPH R. LAMAGNA

3                                                                     Case No. 3:25-cv-03534-JSC

[PROPOSED] ORDER GRANTING PARTIAL MOTION TO DISMISS THE THIRD CAUSE OF ACTION OF THE SECOND AMENDED COMPLAINT

10442779.1